FII
E
NSEL/PARTIES

Fc3 11 2020

S DISTRICT CO.
RICT OF NEVAD/

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Albert Samoa Maifea

Case No.: 3:12CR00102

Supervision Report
Requesting Acceptance of Transfer of Jurisdiction

February 10, 2020

2:20-cr-00024-JAD-VCF-1

TO:    The Honorable United States District Judge

On May 14, 2013, Mr. Maifea was sentenced in the District of Alaska by the Honorable Sharon L. Gleason, U.S. District Judge, to 84 months custody, followed by 60 months Supervised Release for committing the offenses of Drug Conspiracy and Distribution of a Controlled Substance. Mr. Maifea commenced supervision in the District of Nevada on July 19, 2019.

Mr. Maifea intends to remain in the District of Nevada or the duration of supervised release. In order to address any matters that may require the Court's attention in an efficient manner, we are requesting that jurisdiction be transferred to the District of Nevada. If the Court concurs, attached are the 22s signed by the Honorable Sharon L. Gleason, U.S. District Judge agreeing to relinquish jurisdiction.

Respectfully submitted,

Kamu Kapanui
2020.02.10
13:59:42 -08'00'

Kamuela K Kapanui
United States Probation Officer

Approved:

2020.02.10
08:21:47 -08'00'

Joy Gabonia
Supervisory United States Probation Officer

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 3:12-CR-00102-01-SLG |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT DISTRICT OF ALASKA | DIVISION Anchorage |
|---|---|---|
| Albert Maifea | NAME OF SENTENCING JUDGE Sharon L. Gleason | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 19, 2019 | TO July 18, 2024 |

| OFFENSE |
|---|
| Count 1, Drug Conspiracy in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B); and Count 2, Distribution of a Controlled Substance in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), Class B felonies |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| January 28. 2020 | /s/ *Sharon L. Gleason* |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |