

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**OFFICE OF THE CLERK**

**LLOYD D. GEORGE U.S. COURTHOUSE**
**333 LAS VEGAS BOULEVARD SOUTH**
**LAS VEGAS, NEVADA 89101**
**(702) 464-5400**

DEBRA K. KEMPI
CLERK OF COURT

CYNTHIA K. JENSEN
CHIEF DEPUTY

February 12, 2020

U.S. District Court
District of Alaska

Re:   Transfer of Probation/Supervised Release
Case Name:  Albert Samoa Maifea
Your Case Number:  3:12-CR-00102-01-SLG
Our Case Number:  2:20-cr-00024-JAD-VCF

Dear Clerk,

  On 2/12/2020, this court accepted transfer of jurisdiction on the above-named defendant. With the implementation of CM/ECF, any documents needed by this court will be retrieved via PACER unless the documents are filed under SEAL. This court will then make a request for certified copies of those documents.

Debra K. Kempi, Clerk

By: /s/ Justin Matott
    Deputy Clerk
    U.S. District Court
    District of Nevada, Las Vegas

Date Received: _____
Received by: _____