CLOSED,USSC,USSC−T

# U.S. District Court
# District of Alaska (Anchorage)
# CRIMINAL DOCKET FOR CASE #: 3:12−cr−00102−SLG−1

| | |
|---|---|
| Case title: USA v. Maifea et al | Date Filed: 12/13/2012 |
| | Date Terminated: 05/14/2013 |

Assigned to: Sharon L. Gleason

### Defendant (1)

| | | |
|---|---|---|
| **Albert Maifea**<br>16754−006<br>*TERMINATED: 05/14/2013* | represented by | **Darrel J. Gardner**<br>Federal Public Defender's Agency<br>425 G Street, Suite 800<br>Anchorage, AK 99501<br>907−646−3400<br>Email: darrel_gardner@fd.org<br>*LEAD ATTORNEY*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846, 841(a)(1) and (b)(1)(B)<br>DRUG CONSPIRACY<br>(1) | Counts 1 and 2: 68 months imprisonment; 5 years supervised release; $200.00 special assessment |
| 21:841(a)(1) and (b)(1)(B)<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>(2) | Counts 1 and 2: 68 months imprisonment; 5 years supervised release; $200.00 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Frank V. Russo**<br>U.S. Attorney's Office (Anch)<br>222 West 7th Avenue, #9<br>Anchorage, AK 99513<br>907−271−5071<br>Fax: 907−271−1500<br>Email: Frank.Russo@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

**Kelly A. Cavanaugh**
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907–271–5071
Fax: 907–271–1500
Email: kelly.cavanaugh@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2012 | 1 | INDICTMENT COVER SHEET(S) AND SIGNATURES as to Albert Maifea (1) count(s) 1, 2, Kevin Ricker (2) count(s) 1, 2, 3. (Attachments: # 1 Criminal Cover Sheet re Defendant Maifea, # 2 Criminal Cover Sheet re Defendant Ricker) (CLW, COURT STAFF) (Entered: 12/13/2012) |
| 12/13/2012 | 2 | INDICTMENT as to Albert Maifea, Kevin Ricker. (CLW, COURT STAFF) (Entered: 12/13/2012) |
| 12/14/2012 | 3 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Albert Maifea. (Attachments: # 1 Proposed Writ, # 2 Proposed Order)(Cavanaugh, Kelly) (Entered: 12/14/2012) |
| 12/14/2012 | 4 | **JDR ORDER** granting 3 Motion for Writ of Habeas Corpus ad prosequendum as to defendant Albert Maifea. Clerk to issue Writ accordingly. (JAM, Chambers Staff) (Entered: 12/14/2012) |
| 12/14/2012 | 5 | **JDR TEXT ORDER** as to defendant Albert Maifea. Setting Arraignment set for 12/17/2012 at 4:00 PM in Anchorage Courtroom 5 before Deborah M. Smith. cc: PFD/USM/PTS (JAM, Chambers Staff) (Entered: 12/14/2012) |
| 12/14/2012 |  | Writ of Habeas Corpus ad Prosequendum Issued as to Albert Maifea (NKD, COURT STAFF) (Entered: 12/14/2012) |
| 12/17/2012 | 6 | Minute Entry for proceedings held before Judge Deborah M. Smith:Arraignment on Indictment as to Albert Maifea (1) Count 1,2 held on 12/17/2012. Darrel Gardner, FPD Appointed. Defendant pled not guilty to counts 1 and 2 of the Indictment. Pretrial Motions due 1/9/2013. Final Pretrial Conference set 2/11/2013 at 3:00 p.m. before Judge Gleason in Anchorage Courtroom 3. Trial by Jury set 2/19/2013 at 9:00 a.m. before Judge Gleason in Anchorage Courtroom 3. cc: USM, USPO, FPD, JC (BMM, COURT STAFF) (Entered: 12/18/2012) |
| 12/17/2012 | 7 | CJA 23 Financial Affidavit by Albert Maifea. (BMM, COURT STAFF) (Entered: 12/18/2012) |
| 12/17/2012 | 8 | ORDER OF DETENTION as to Albert Maifea. Signed by Judge Deborah M. Smith on 12/17/2012. cc: USM, USPO (BMM, COURT STAFF) (Entered: 12/18/2012) |
| 12/17/2012 | 9 | ORDER OF PROGRESSION OF A CRIMINAL CASE as to Albert Maifea: Motions due by 1/9/2013. Final Pretrial Conference set for 2/11/2013 03:00 PM in Anchorage Courtroom 3 before Sharon L. Gleason. Jury Trial set for 2/19/2013 09:00 AM in Anchorage Courtroom 3 before Sharon L. Gleason. Signed by Judge Deborah M. Smith on 12/17/2012. cc: USM, USPO, JC (BMM, COURT STAFF) (Entered: 12/18/2012) |
| 12/19/2012 | 11 | MOTION for Protective Order by USA as to Albert Maifea, Kevin Ricker. (Attachments: # 1 Proposed Order)(Cavanaugh, Kelly) (Entered: 12/19/2012) |
| 12/20/2012 | 13 | **JDR ORDER** granting 11 Motion for Protective Order as to defendants Albert Maifea, and Kevin Ricker. (JAM, Chambers Staff) (Entered: 12/20/2012) |
| 12/28/2012 | 19 | **SLG TEXT ORDER:** Due to a scheduling conflict in the Court's calendar, IT IS ORDERED that the Final Pretrial Conference scheduled for February 11, 2013 is VACATED and rescheduled for **February 13, 2013 at 3:30 p.m.** before Judge Sharon Gleason in courtroom 3. cc: USM, USPO and JC (AEM, CHAMBERS STAFF) (Entered: 12/28/2012) |

| | | |
|---|---|---|
| 01/08/2013 | 20 | First MOTION for Extension of Time to File *Pretrial Motions* by Albert Maifea. (Attachments: # 1 Proposed Order)(Gardner, Darrel) (Entered: 01/08/2013) |
| 01/08/2013 | 21 | DECLARATION of *Counsel* by Albert Maifea 20 First MOTION for Extension of Time to File *Pretrial Motions* filed by Albert Maifea (Gardner, Darrel) (Entered: 01/08/2013) |
| 01/14/2013 | 22 | First UNOPPOSED MOTION *to Continue Trial* by Albert Maifea. (Attachments: # 1 Proposed Order)(Gardner, Darrel) (Entered: 01/14/2013) |
| 01/14/2013 | 23 | Second UNOPPOSED MOTION *to Continue Pretrial Motions Deadline* by Albert Maifea. (Attachments: # 1 Proposed Order)(Gardner, Darrel) (Entered: 01/14/2013) |
| 01/16/2013 | 24 | **ORDER:** scheduling a hearing on the Motion to Continue Trial 22 as to Albert Maifea (1)on **January 25, 2013 at 9:00 a.m.** Signed by Judge Sharon L. Gleason on 01/16/2013. (AEM, CHAMBERS STAFF) cc: USM, USPO, and JC (Entered: 01/16/2013) |
| 01/25/2013 | 25 | Minute Entry for proceedings held before Judge Sharon L. Gleason:Motion Hearing as to Albert Maifea, Kevin Ricker held on 1/25/2013 re First Unopposed Motion to Continue Trial 22 GRANTED; Second Unopposed Motion to Continue Pretrial Motions Deadline 23 GRANTED; First Motion for Extension of Time to File Pretrial Motions 20 DENIED as moot. Court found excludable delay under 18 U.S.C. Section 3161(h)(7)(B)(iv) Continuance granted in order to give reasonable time to prepare. Pretrial motions due 2/15/2013. Final Pretrial Conference set for 2/13/2013 was VACATED and RESET for 3/11/2013 03:00 PM and Jury Trial set for 2/19/2013 was VACATED and RESET for 3/18/2013 08:30 AM in Anchorage Courtroom 3 before Sharon L. Gleason. cc: USM, USPO, JC (SCD, COURT STAFF) (Entered: 01/28/2013) |
| 02/13/2013 | 26 | NOTICE OF INTENT TO CHANGE PLEA as to Albert Maifea (Gardner, Darrel) (Entered: 02/13/2013) |
| 02/14/2013 | 27 | **SLG TEXT ORDER:** Upon consideration of the defendant Albert Maifea's Notice of Intent to Change Plea 26 , and the request therein to schedule a Change of Plea hearing, the court hereby GRANTS the request and schedules the proposed Change of Plea hearing for **February 15, 2013 at 9:30 a.m.** cc: USM, USPO and JC (AEM, CHAMBERS STAFF) (Entered: 02/14/2013) |
| 02/14/2013 | 28 | PLEA AGREEMENT as to Albert Maifea (Cavanaugh, Kelly) (Entered: 02/14/2013) |
| 02/14/2013 | 29 | SEALED PLEA AGREEMENT ADDENDUM as to Albert Maifea (Cavanaugh, Kelly) (Entered: 02/14/2013) |
| 02/15/2013 | 30 | Minute Entry for proceedings held before Judge Sharon L. Gleason: Proposed Change of Plea Hearing as to Albert Maifea held on 2/15/2013. Count 2 on the front page of the Indictment is to read: Distribution Of A Controlled Substance; Vio. of 21 U.S.C. Section 841(a)(1) and (b)(1)(B). Pleas entered by Albert Maifea (1) Guilty Counts 1,2. Final Pretrial Conference set for 3/11/2013 and Jury Trial set for 3/18/2013 were VACATED. Sentencing set for 5/6/2013 03:00 PM in Anchorage Courtroom 3 before Sharon L. Gleason.<br><br>Pursuant to Fed. R. Crim. P. 32(f) within 14 days after receiving the presentence report, the parties must state in writing any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report. An objecting party must provide a copy of its objections to the opposing party and to the probation officer.<br><br>NOTICE: No less than seven (7) days prior to the sentencing date, each party shall file a written sentencing memo pursuant to D.AK 32.1(d) and serve opposing counsel and the probation officer. cc: USM, USPO, JC (SCD, COURT STAFF) (Entered: 02/15/2013) |
| 02/22/2013 | 31 | **SLG TEXT ORDER:** Due to a scheduling conflict in the Court's calendar, IT IS ORDERED that the March 11, 2013 Final Pretrial Conference with regard to defendant Kevin Ricker is VACATED and rescheduled for **March 15, 2013 at 1:00 p.m.** cc: USM, USPO and JC (AEM, CHAMBERS STAFF) (Entered: 02/22/2013) |

| Date | # | Entry |
|---|---|---|
| 03/13/2013 | 35 | **SLG TEXT ORDER:** Upon consideration of the defendant Kevin Ricker's Notice of Intent to Change Plea 32 , a proposed Change of Plea hearing shall be held on **March 18, 2013 at 3:30 p.m.** The final pretrial conference scheduled for March 15, 2013 at 1:00 p.m. and four day jury trial scheduled to begin March 18, 2013 at 8:30 are hereby VACATED. cc: USM, USPO and JC (AEM, CHAMBERS STAFF) (Entered: 03/13/2013) |
| 04/22/2013 | 37 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Albert Maifea. (Attachments: # 1 Presentence Report) (Mills, Jeffrey) (Entered: 04/22/2013) |
| 04/29/2013 | 38 | SENTENCING MEMORANDUM by USA as to Albert Maifea (Cavanaugh, Kelly) (Entered: 04/29/2013) |
| 04/29/2013 | 39 | SEALED SENTENCING MEMORANDUM SUPPLEMENT as to Albert Maifea (Cavanaugh, Kelly) (Entered: 04/29/2013) |
| 04/29/2013 | 40 | SENTENCING MEMORANDUM by Albert Maifea (Attachments: # 1 Exhibit A, part 1, # 2 Exhibit A, part 2)(Gardner, Darrel) (Entered: 04/29/2013) |
| 04/29/2013 | 41 | SEALED SENTENCING MEMORANDUM SUPPLEMENT as to Albert Maifea (Gardner, Darrel) (Entered: 04/29/2013) |
| 04/30/2013 | 42 | **RESCHEDULING ORDER:** as to Albert Maifea. Sentencing Hearing is rescheduled to **May 14, 2013 at 3:00 p.m.** in Anchorage Courtroom 3 before Sharon L. Gleason. Signed by Judge Sharon L. Gleason on 04/30/2013. (AEM, CHAMBERS STAFF) cc: USM, USPO (Entered: 04/30/2013) |
| 05/07/2013 | 43 | NOTICE *of Filing Letters in Support of Defendant* by Albert Maifea (Attachments: # 1 Appendix E. Maifea Jr. Letter, # 2 Appendix I. Pene Jr. Letter, # 3 Appendix M. Pene Letter, # 4 Appendix R. Maifea Letter, # 5 Appendix S. Maifea–Faamai Letter)(Gardner, Darrel) (Entered: 05/07/2013) |
| 05/14/2013 | 44 | Minute Entry for proceedings held before Judge Sharon L. Gleason:Sentencing held on 5/14/2013 for Albert Maifea (1), Counts 1 and 2: 84 months imprisonment; 5 years supervised release; $200.00 special assessment. cc: USM, USPO. (CME, COURT STAFF) (Entered: 05/14/2013) |
| 05/14/2013 | 45 | **JUDGMENT** as to Albert Maifea (1), Counts 1 and 2: 84 months imprisonment; 5 years supervised release; $200.00 special assessment. Signed by Judge Sharon L. Gleason on 05/14/2013. cc: USM, USPO, Finance. (CME, COURT STAFF) (Entered: 05/14/2013) |
| 05/14/2013 | 46 | Sealed Statement of Reasons as to Albert Maifea. cc: USM, USPO, Finance. (CME, COURT STAFF) (Entered: 05/14/2013) |
| 05/15/2013 | 48 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Albert Maifea on 5/15/13. (PXS, COURT STAFF) (Entered: 05/15/2013) |
| 05/29/2013 | 57 | (Public Entry) Docket number 57 is a SEALED ENTRY for a Proceeding that was filed on 5/29/2013. (BJK, COURT STAFF) (Entered: 05/30/2013) |
| 11/03/2014 | 66 | Judgment Returned Executed as to Albert Maifea on 10/28/14. (PXS, COURT STAFF) (Entered: 11/04/2014) |
| 08/03/2015 | 80 | MOTION to Reduce Sentence – USSC Amendment by Albert Maifea. (Attachments: # 1 Proposed Order)(Gardner, Darrel) (Entered: 08/03/2015) |
| 08/03/2015 | 81 | MEMORANDUM *of Law* by Albert Maifea 80 MOTION to Reduce Sentence – USSC Amendment filed by Albert Maifea (Attachments: # 1 Exhibit A)(Gardner, Darrel) (Entered: 08/03/2015) |
| 08/05/2015 | 82 | NOTICE OF ATTORNEY APPEARANCE Frank V. Russo appearing for USA. (Russo, Frank) (Entered: 08/05/2015) |
| 09/21/2015 | 83 | **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. 3582(c)(2)**: granting 80 Motion to Reduce Sentence – USSC Amendment for Albert Maifea (1). Counts 1 and 2: 68 months imprisonment; 5 years supervised release; $200.00 special assessment as to Albert Maifea (1) Signed by Judge Sharon L. Gleason on 09/21/2015. cc: USM, USPO. (CME, COURT STAFF) (Entered: 09/21/2015) |

| | | |
|---|---|---|
| 09/21/2015 | 84 | **ORDER/JUDGMENT REDUCING SENTENCE** as to Albert Maifea; defendant's previously imposed sentence of imprisonment(as reflected in the last judgment issued) is reduced to 68 months. Except as otherwise provided, all provisions of the judgment dated 05/14/2013, shall remain in effect. Signed by Judge Sharon L. Gleason on 09/21/2015. cc: USM, USPO. (CME, COURT STAFF) (Entered: 09/21/2015) |
| 09/21/2015 | 85 | **Sealed Page 2** of AO 247 – Order Regarding Motion for Sentence Reduction Pursuant to 18:3582(c)(2) as to Albert Maifea. cc: USM, USPO (CME, COURT STAFF) (Entered: 09/21/2015) |
| 08/25/2016 | 101 | (Public Entry) Docket number 101 is a SEALED ENTRY for a Document that was filed on 8/25/2016. (BJK, COURT STAFF) (Entered: 08/25/2016) |
| 08/25/2016 | 102 | (Public Entry) Docket number 102 is a SEALED ENTRY for a Document that was filed on 8/25/2016. (BJK, COURT STAFF) (Entered: 08/26/2016) |
| 10/12/2016 | 117 | (Public Entry) Docket number 117 is a SEALED ENTRY for a Document that was filed on 10/12/16. (PRR, COURT STAFF) (Entered: 10/12/2016) |
| 10/12/2016 | 118 | (Public Entry) Docket number 118 is a SEALED ENTRY for a Document that was filed on 10/12/16. (PRR, COURT STAFF) (Entered: 10/12/2016) |
| 08/26/2019 | 140 | NOTICE *to Terminate Electronic Service* by Albert Maifea (Gardner, Darrel) (Entered: 08/26/2019) |