KAREN L. LOEFFLER
United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>ALBERT MAIFEA and<br>KEVIN RICKER, )<br><br>Defendants. )<br> | No.<br><br>COUNT 1:<br>DRUG CONSPIRACY<br>  Vio. of 21 U.S.C. §§ 846, 841(a)(1) and<br>(b)(1)(B)<br><br>COUNT 2:<br>DISTRIBUTION OF A CONTROLLED<br>SUBSTANCE<br>  Vio. of 21 U.S.C. § 841(a)(1)(B)<br><br>COUNT 3:<br>FELON IN POSSESSION OF<br>FIREARMS AND AMMUNITION<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and<br>924(a)(2) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Between on or about July 27 and July 31, 2012, both dates being approximate and inclusive, within the District of Alaska, the defendants, ALBERT MAIFEA and KEVIN RICKER, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others both known and unknown to the Grand Jury, to distribute and possess with intent to distribute 5 grams or more of methamphetamine, in violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(B).

All of which is in violation of Title 21, U.S.C. §§ 846, 841(a)(1) and (b)(1)(B).

COUNT 2

On or about July 27, 2012, ALBERT MAIFEA and KEVIN RICKER within the District of Alaska, did knowingly and intentionally distribute a controlled substance, to wit: 5 grams or more of methamphetamine, in violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(B).

COUNT 3

On or about July 31, 2012, the defendant, KEVIN RICKER, within the District of Alaska, having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Ruger .44 caliber Magnum handgun, SN: 87-39820.

//

//

<u>Conviction</u>

| <u>Conviction Date</u> | <u>Case No.</u> | <u>Offense</u> | <u>Court</u> |
|---|---|---|---|
| 11/10/2008 | 3PA-03-01075 CR | Attempted Sexual Abuse of a Minor in the Second Degree | Superior Court for State of Alaska in the Third Judicial District at Palmer |

All of which is in violation of Title 18, U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

<u>s/ Kelly Cavanaugh</u>
KELLY CAVANAUGH
Assistant U.S. Attorney
United States of America

<u>s/ Karen L. Loeffler</u>
KAREN L. LOEFFLER
United States Attorney
United States of America

DATE:  <u>12/12/12</u>