NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALLISON REESE
Assistant United States Attorney
Nevada State Bar #13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00024-JAD-VCF |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| ALBERT SAMOA MAIFEA, | |
| Defendant. | |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Allison Reese, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated this 15th day of June, 2020.

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney


_____/s/_____
ALLISON REESE
Assistant United States Attorney