```
              FILED                RECEIVED
     ____ ENTERED         ____ SERVED ON
                          COUNSEL/PARTIES OF RECORD

              JUL 07 2020

           CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
     BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:20-CR-00024-JAD-VCF |
| Plaintiff, | |
| vs. | **ORDER APPOINTING COUNSEL** |
| ALBERT SAMOA MAIFEA, | |
| Defendant. | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he: (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore,

**IT IS ORDERED** that the Federal Public Defender for the District of Nevada is hereby appointed to represent ALBERT SAMOA MAIFEA.

**IT IS FURTHER ORDERED** that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the Office of the Federal Public Defender, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

**IT IS FURTHER ORDERED** that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED: July 7, 2020

_____
UNITED STATES MAGISTRATE JUDGE

Federal Public Defender's Office appearance by:   ROBERT O'BRIEN