```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              JUL 07 2020

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-0024-JAD-VCF |
| Plaintiff, | |
| v. | **WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |
| Albert Moifea | |
| Defendant. | |

I understand that I have a right to appear in person in court at the initial appearance and detention hearings in this case scheduled for June 8, 2020. I have been advised of the nature of these proceedings and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_____on behalf of Albert Moifea 7/7/20_____
Defendant's Signature                    (date)

_____ 7/7/20 _____           _____ _____
Signature of Defendant's Attorney  (date)   Judge's Signature          (date)

Roberto Bravi                           Brenda Weksler, U.S. Magistrate Judge
Printed Name of Defendant's Attorney    Judge's Printed Name and Title