1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 00014
   411 E. Bonneville Ave, #250
3  Las Vegas Nevada 89101
   (702) 388-6577
4
   Counsel for **Defendant**
5

```
            FILED            RECEIVED
            ENTERED          SERVED ON
                    COUNSEL/PARTIES OF RECORD

                 JUL 07 2020

            CLERK US DIST
                DISTRICT OF
            BY:
```

6                   UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA
8                              * * *
9  UNITED STATES OF AMERICA,
10                Plaintiff,
                                        2:20-CR-0024-JAD-VCF
11  vs.
12  Albert Moifen
13                Defendant.

14  **ASSERTION OF RIGHT TO COUNSEL, THE RIGHT TO REMAIN SILENT, AND REQUEST TO HAVE COUNSEL PRESENT DURING QUESTIONING**

15  COMES NOW, the Defendant, pursuant to the Supreme Court of the United States opinion in *Montejo v. Louisiana*, after being advised by counsel, pursuant to the Fifth and Sixth Amendments to the United States Constitution, hereby requests formal appointment of counsel and further exercises the right to remain silent. The undersigned hereby formally serves notice to government counsel and all relevant government agencies and departments that the undersigned is also hereby exercising the right to have counsel present during any law enforcement or prosecutorial initiated interrogation and does not consent to the initiation of any such questioning without the presence of counsel.

DATED this 7th day of July, 2020.

Witnessed by :
RENE L. VALLADARES
Federal Defender

Defendant
Albert Moifen

Assistant Federal Public Defender

1