RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Albert Samoa Maifea

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ALBERT SAMOA MAIFEA,<br><br>            Defendant. | Case No. 2:20-cr-00024-JAD-VCF<br><br>**NOTICE OF APPEARANCE** |

   NOTICE is hereby given that Assistant Federal Public Defender, Nisha Brooks-Whittington, will serve as counsel for the above captioned defendant.

   Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, Nevada 89101

   DATED this 13th day of July 2020.

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                  By:   */s/ Nisha Brooks-Whittington*
                                        NISHA BROOKS-WHITTINGTON
                                        Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 13, 2020, she served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
ALLISON REESE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

*/s/ Cecilia Valencia*
Employee of the Federal Public Defender