1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  ALLISON REESE
   Assistant United States Attorney
4  Nevada Bar Number 13977
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
6  Allison.Reese@usdoj.gov
   *Representing the United States of America*

7

8                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA

9  UNITED STATES OF AMERICA,                  Case No.:  2:20-cr-00024-JAD-VCF

10             Plaintiff,

11        vs.                                 **STIPULATION TO CONTINUE
                                              REVOCATION HEARING**
12  ALBERT SAMOA MAIFEA,

13             Defendant.

14

15        IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A.

16  Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel

17  for the United States of America, and Nisha Brooks-Whittington, Assistant Federal Public

18  Defender, counsel for Defendant Albert Samoa Maifea, that the Hearing re Revocation of

19  Supervised Release currently scheduled for July 21, 2020 at 2:00 p.m., be vacated and continued

20  to a date and time convenient to the Court, but no sooner than thirty (30) days.

21        This Stipulation is entered into for the following reasons:

22        1.    Assistant United States Attorney Allison Reese will be out of the district from July

23  13–24, 2020, and is therefore unavailable for the currently scheduled hearing.

24  ///

1

1         2.     Assistant Federal Public Defender Nisha Brooks-Whittington agrees to the

2  continuance.

3         3.     The defendant is not in custody and agrees to the continuance.

4         4.     The parties agree to the continuance.

5         5.     This is the first request for a continuance of the revocation hearing.

6  DATED:  July 15, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/  Allison Reese
_____
ALLISON REESE
Assistant United States Attorney


RENE L. VALLADARES
Federal Public Defender

/s/  Nisha Brooks-Whittington
_____
Nisha Brooks-Whittington
Assistant Federal Public Defender
Albert Samoa Maifea

2

1    NICHOLAS A. TRUTANICH
     United States Attorney
2    District of Nevada
     Nevada Bar Number 13644
3    ALLISON REESE
     Assistant United States Attorney
4    Nevada Bar Number 13977
     501 Las Vegas Boulevard South, Suite 1100
5    Las Vegas, Nevada 89101
     (702) 388-6336 / Fax: (702) 388-5087
6    Allison.Reese@usdoj.gov
     *Representing the United States of America*

7

8            UNITED STATES DISTRICT COURT
               DISTRICT OF NEVADA

9    UNITED STATES OF AMERICA,         Case No.:  2:20-cr-00024-JAD-VCF

10           Plaintiff,

11        vs.                         **ORDER**

12    ALBERT SAMOA MAIFEA,

13           Defendant.

14

15       IT IS HEREBY ORDERED that Hearing re Revocation of Supervised Release currently

16    scheduled for July 21, 2020 at 2:00 p.m., is vacated and rescheduled for _____, 2020

17    at _____ _.m.

18

19

20                               _____
                              HONORABLE JENNIFER A. DORSEY
                              UNITED STATES DISTRICT JUDGE

21

22

23

24