NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00024-JAD-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| | ECF No. 18 |
| ALBERT SAMOA MAIFEA, | |
| Defendant. | |

IT IS HEREBY ORDERED that Hearing re Revocation of Supervised Release currently scheduled for July 21, 2020 at 2:00 p.m., is vacated and rescheduled for September 1, 2020, at 11:00 a.m.

DATED: 7/16/2020

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3