ADDENDUM TO PETITION (Probation Form 12)
RE: Albert Samoa Maifea
Case No.:  2:20CR00024
August 31, 2020

The Honorable Jennifer A. Dorsey, United States District Judge
Las Vegas

Honorable Judge:

Reference is made to the Probation Form 12, dated June 15, 2020, alleging violations of supervision.  We are requesting that the petition be amended to include the following:

1. **Refrain From Unlawful Use of Controlled Substance** - The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.

    a) Miafea failed to appear for a scheduled drug test on the following dates:

    August 25, 2020
    August 18, 2020
    August 13, 2020
    July 18, 2020
    July 17, 2020

2. **Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program.

    Maifea failed to appear for his substance abuse treatment on the following days:

    August 13, 2020
    July 9, 2020

---

## EVALUATIVE SUMMARY

Per his conditions of supervision, Maifea has been instructed to call the drug line daily and report for testing as directed. Since the filing of his petition dated June 15, 2020, Maifea has missed four (4) additional drug tests.

In addition, Maifea has a condition to report for substance abuse treatment as directed. Since the filing of his petition, Maifea has missed his treatment sessions on two occasions.  Maifea last attended treatment on August 4, 2020.

ADDENDUM TO PETITION (Probation Form 12)
RE: Albert Samoa Maifea

The undersigned officer has attempted on multiple occasions to contact Maifea to address his missed drug/alcohol tests and his missed treatment sessions. All attempts have been unsuccessful. The last contact the probation office has had with Maifea was on July 16, 2020. At this time, his current whereabouts are unknown.

Respectfully submitted,

Kamuela Kapanui
2020.08.31
10:54:49 -07'00'

Kamuela K Kapanui
United States Probation Officer

Approved:

2020.08.31
10:51:33 -07'00'

Joy Gabonia
Supervisory United States Probation Officer