AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

9084232

```
FILED          RECEIVED
ENTERED        SERVED ON
       COUNSEL/PARTIES OF RECORD

SEP 18 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                        DEPUTY
```

United States of America
v.
Albert Samoa Maifea

)
)
)
)
)
)

Case No.    2:20-cr-00024-JAD-VCF-1

REC'D  USMS  D/NV
2020 SEP 01, 12:31pm

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Albert Samoa Maifea                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☑ Order of the Court

This offense is briefly described as follows:

   Violation of Supervised Release and Failure to Appear

9/1/2020, Las Vegas, NV
Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

## Return

This warrant was received on *(date)*  9/1/2020  , and the person was arrested on *(date)*  9/16/2020
at *(city and state)*   LAS VEGAS, NV  .

Date:  9/16/2020

_____
*Arresting officer's signature*

For
USMS
*Printed name and title*