RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Albert Samoa Maifea

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00024-JAD-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| ALBERT SAMOA MAIFEA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Albert Samoa Maifea, that the Revocation Hearing currently scheduled on October 5, 2020 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one (1) week.

This Stipulation is entered into for the following reasons:

1.    Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant.

2.    The defendant is not in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 2nd day of October 2020.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney


*/s/ Nisha Brooks-Whittington*
By_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

*/s/ Allison Reese*
By_____
ALLISON REESE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00024-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| ALBERT SAMOA MAIFEA, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Monday, October 5, 2020 at 2:00 p.m., be vacated and continued to _____ at the hour of ___:___ __.m.

DATED this ___ day of October 2020.

_____

UNITED STATES DISTRICT JUDGE