UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT SAMOA MAIFEA,<br><br>　　　　Defendant. | Case No. 2:20-cr-00024-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 32 |

　　IT IS ORDERED that the revocation hearing currently scheduled for Monday, October 5, 2020 at 2:00 p.m., be vacated and continued to October 19, 2020, at 10:30 a.m.

　　DATED this 5th day of October 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3