| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:20CR00024 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Albert Samoa Maifea<br>SeaTac, Washington 98198 | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Sharon L Gleason | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | Supervised Release | 7/19/2019 | 7/18/2024 |

OFFENSE

Drug Conspiracy; Distribution of a Controlled Substance

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/7/2021

*Date*          *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Western _____ DISTRICT OF _____ Washington

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*          *United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Albert Samoa Maifea

Case No.: 2:20CR00024

**<u>SUPERVISION REPORT</u>**
**<u>REQUESTING TRANSFER OF JURISDICTION</u>**

July 2, 2021

TO:   The Honorable Jennifer A. Dorsey
        United States District Judge

On May 13, 2013, Albert Maifea appeared before Sharon L. Gleason, U.S. District Judge, in the District of Alaska. He was sentenced to 84 months of custody in the Bureau of Prisons and five (5) years supervised release for having committed the offenses of Drug Conspiracy and Distribution of a Controlled Substance.

Maifea commenced his term of supervised release on July 19, 2019, in the District of Nevada. During his term of supervision, jurisdiction from Alaska was formally transferred to the District of Nevada on February 12, 2020. His case was then assigned to the Honorable Jennifer A. Dorsey, U.S. District Judge, in the District of Nevada.

On November 19, 2020, Maifea appeared before District Judge Jennifer A. Dorsey for a Revocation of Supervised Release Hearing wherein he was sentenced to 14 days custody and 24 months supervised release, after admitting to numerous violations of supervised release. He was allowed to self-surrender to the Bureau of Prisons on November 2, 2020, to commence his 14-day custodial sentence. On November 20, 2020, he was released from Bureau of Prisons, and shortly after his release, relocated to SeaTac, Washington where he has resided since. Correspondence was received from Maifea's probation officer advising that the offender has no plans of leaving their district. In an effort to expedite future matters that may require the Court's attention, the probation office in the Western District of Washington has requested transfer of jurisdiction. If the Court is in agreement with this transfer, please find the necessary transfer of jurisdiction form (PROB 22) attached to this report.

If the Court has questions or concerns regarding this matter, please contact the undersigned at (702) 527-7255.

ADDENDUM TO PETITION (Probation Form 12)
RE: Albert Samoa Maifea

Respectfully submitted,

Digitally signed by Kamuela Kapanui
Date: 2021.07.07 14:26:36 -07'00'

Kamuela Kapanui
U.S. Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2021.07.06 09:33:03 -07'00'

Joy Gabonia
Supervisory, U.S. Probation Officer